AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America )
v. )
CHUNY ANN REED )     Case No.   4:22 MJ 7029  (SPM)
)     SUBMITTED TO THE COURT AND SIGNED BY
)     RELIABLE ELECTRONIC MEANS
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 5, 2022  in the county of  St. Louis  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Section 841(a)(1) | Distribution of cocaine base and fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.    I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

TFO Daniel Plumb, DEA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 2-8-2022

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*