# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:22 CR 90 AGF (SRW) |
| | ) |
| **CHUNY REED,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Date to File Pre-Trial Motions (Docket No. 26) is GRANTED.

**IT IS FURTHER ORDERED** that the defendant is granted to and including **June 16, 2022**, in which to file pretrial motions or a waiver of such motions. The government shall have until **June 23, 2022**, in which to respond to any motions filed by the defendant.

**IT IS FINALLY ORDERED** that the pretrial evidentiary hearing will be set upon further order of the Court.

For the reasons set out in defendant's motion, the undersigned finds that to deny defendant's request for such additional time would deny counsel for the defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting defendant's requests for additional time outweigh the

best interest of the public and Defendant in a speedy trial, the additional time is granted to defendant to investigate and prepare pretrial motions, or a waiver notice, and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of April, 2022.